# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**ARTHUR WHITEHEAD**

**VERSUS**

**CAROLYN W. COLVIN,**
**ACTING COMMISSIONER OF**
**THE SOCIAL SECURITY**
**ADMINISTRATION**

**CIVIL ACTION**

**NO. 14-302-JWD-RLB**

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth

in the Magistrate Judge's Report dated July 20, 2015, to which an objection was filed:

**IT IS ORDERED** that the decision of the Commissioner is **AFFIRMED** and that

Plaintiff's appeal is **DISMISSED with prejudice**.

Signed in Baton Rouge, Louisiana, on <u>August 12, 2015</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**